MINUTE ENTRY  Plaintiff's Request for the Issuance of a Temporary Restraining Order

 Plaintiff was represented by Attorney Bruce Jorgensen.  Defendants were represented by CNMI's Attorneys Andrew Clayton and Karen Klaver and AUSA Gregory Baka.

 Mr. Jorgensen submits on the pleading on file.  Mr. Clayton replied.  Mr. Baka replied on behalf of the United States of America.

 Counsels having made their representations, the Court will issue a preliminary injunction/temporary restraining order and further ordered that the plaintiff shall not be deported until the case is finally adjudicated

 Counsel for plaintiff asked if the CNMI would stipulate that the two minor children will also be allowed to stay.

 Hearing is continued until 3:00 p.m. to allow Mr. Clayton to ascertain from his client if the two children could also stay in the CNMI.  If Mr. Clayton could inform counsel for plaintiff prior to 3:00 p.m. that it will allow the children to stay, then the hearing will be cancelled.
 ;    [MCM EOD 05/23/2002]